# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| AMARA HAMMOND, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>PCB SUNSETS, LLC, )<br>)<br>    Defendant. ) | )<br>) Civil Action No.<br>) 1:21-cv-03853-MHC-RGV |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED among the parties that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above action, including all claims asserted therein and with each party to bear her and its own costs and fees, is dismissed with prejudice.

This 14th day of June, 2022.

/s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504
severin@justiceatwork.com
Barrett & Farahany, LLP
1100 Peachtree Street, N.E., Ste 500
Atlanta, GA 30309
Telephone: (404) 214-0120
Facsimile: (404) 214-0125

*Counsel for Plaintiff*

/s/ *Matthew R. Simpson*
Matthew R. Simpson
Georgia Bar No. 540260
msimpson@fisherphillips.com
JonVieve D. Hill
Georgia Bar No. 907946
jhill@fisherphillips.com
Fisher & Phillips, LLP
1075 Peachtree Street, N.E., Ste 3500
Atlanta, GA 30309
Telephone: (404) 231-1400
Facsimile: (404) 240-4249

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| AMARA HAMMOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. |
| v. | ) 1:21-cv-03853-MHC-RGV |
| | ) |
| PCB SUNSETS, LLC, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that, on June 14, 2022, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court by using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel authorized to receive such notice.

*s/Matthew R. Simpson*
Matthew R. Simpson
Georgia Bar No. 540260
FISHER & PHILLIPS LLP